IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**LINDA STEPHENS**                                                                     **PLAINTIFF**

**VERSUS**                                              **CIVIL ACTION NO.: 1:07CV118-SA**

**WINSTON COUNTY, MISSISSIPPI,**
**ED HARGETT, in his official capacity for**
**federal law violations, and ED HARGETT,**
**in his individual capacity for state law violations**                **DEFENDANTS**

## AGREED ORDER DISMISSING CLAIM

This matter came before the Court on an *ore tenus* Motion by the Plaintiff, Linda Stephen, to dismiss any all claims for lost wages in this matter.

Having considered the Motion and finding it well-taken, the Court hereby enters its Order dismissing any and all claims for lost wages in this matter.

So **ORDERED** this, the 3rd day of June, 2008.

                                                                **/s/ Sharion Aycock**_____
                                                                **U.S. DISTRICT COURT JUDGE**